## Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

☐ Under Seal

**Place of Offense:**

City:
County: Prince William

Superseding Indictment:
Same Defendant:
Magistrate Judge Case No.
Search Warrant Case No.

Judge Assigned: Hon. Anthony J. Trenga
Criminal No. 1:24-CR- 134
New Defendant: X
Arraignment Date:
R. 20/R. 40 From:

Related Cases: US v. Dejhaun Wilhoit et al (1:22-cr-191) and US v. Jaleai Morrison (1:22-cr-177)

**Defendant Information:**

Defendant Name: Melody Nicole Buckingham
Alias(es):
☐ Juvenile   FBI No.

Address: Baltimore, Maryland
Employment:

Birth Date: xx/xx/1998   SSN: xxx-xx-9674   Sex: Female   Race: Multiracial   Nationality:
Place of Birth:   Height: 5'04"   Weight: 145   Hair: BLACK   Eyes: BROWN   Scars/Tattoos:
☐ Interpreter   Language/Dialect:   Auto Description:

**Location/Status:**

Arrest Date:   ☐ Already in Federal Custody as of:   in:
☐ Already in State Custody   ☐ On Pretrial Release   ☒ Not in Custody
☐ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested
☐ Arrest Warrant Pending   ☐ Detention Sought   ☐ Bond

**Defense Counsel Information:**

Name: Jesse Winograd   ☒ Court Appointed   Counsel Conflicts:
Address: 5335 Wisconsin Ave., N.W., Ste 440, Wash., DC 20015   ☐ Retained
Phone: 202-302-7429   ☐ Public Defender   ☒ Federal Public Conflicted Out

**U.S. Attorney Information:**

AUSA(s): Kathleen Robeson and Kimberly Shartar   Phone: 703-299-3827   Bar No. WV 13809

**Complainant Agency - Address & Phone No. or Person & Title:**

FBI SA Christian Roccia

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. § 1349 | Conspiracy to Commit Bank Fraud | 1 | Felony |
| Set 2: | | | | |

Date: 6.10.24   AUSA Signature: /s/ Kathleen Robeson   *may be continued on reverse*